UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANGEL L. LAHOZ,

        Plaintiff,

    -against-                                   ORDER

C.O. ZEPPELIN, ET AL.,                     08 Civ. 4364 (JSR)(KNF)

        Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/08/08

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that: (1) Superintendent or other official in charge of the Downstate Correctional Facility shall provide inmate Angel L. Lahoz, Inmate No. 08-A-3842, a private room, with telephone service, so that he may participate in a telephonic pretrial conference call with the Court and counsel to the defendant at 3:00 p.m., on August 19, 2008; (2) plaintiff Angel L. Lahoz shall appear in a private room, designated by the Superintendent, or other official in charge of the Downstate Correctional Facility, to participate in said telephonic conference; and (3) Assistant County Attorney, Marie Condoluci, is directed to serve a copy of this Order on the Superintendent, or other official in charge of the Downstate Correctional Facility, expeditiously.

Dated: New York, New York
       August 7, 2008

Copy mailed to:
Angel L. Lahoz
Marie Condoluci, Esq.

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE