UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ANGEL L. LAHOZ,
:
                Plaintiff,
:
                -against-                               ORDER
:
C.O. ZEPPELIN, ET AL.,                      08 Civ. 4364 (JSR)(KNF)
:
                Defendants.
------------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that: (1) Superintendent or other official in charge of the Downstate Correctional Facility shall provide inmate Angel L. Lahoz, Inmate No. 08-A-3842, a private room, with telephone service, so that he may participate in a telephonic conference call with the Court and counsel to the defendant on November 17, 2008 at 11:30 a.m.; (2) plaintiff Angel L. Lahoz shall appear in a private room, designated by the Superintendent, or other official in charge of the Downstate Correctional Facility, to participate in said telephonic conference; and (3) Assistant County Attorney, Marie Condoluci, is directed to serve a copy of this Order on the Superintendent, or other official in charge of the Downstate Correctional Facility, expeditiously.

Dated: New York, New York                SO ORDERED:
       August 7, 2008

                                                       /s/ Kevin Nathaniel Fox
                                                        KEVIN NATHANIEL FOX
Copies mailed to:                              UNITED STATES MAGISTRATE JUDGE

Angel L. Lahoz
Marie Condoluci, Esq.