UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANGEL L. LAHOZ,

    Plaintiff,

 -against-              ORDER*

C.O. ZEPPELIN, ET AL.,        08 Civ. 4364 (JSR)(KNF)

    Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/08

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

  A telephonic conference was held with counsel to the defendants and plaintiff pro se on August 19, 2008. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, shall be initiated so as to be completed on or before December 8, 2008;

2. a telephonic status conference will be held with the parties on November 17, 2008, at 11:30 a.m. Counsel to the defendants shall initiate the telephonic conference on that date;

3. a settlement conference will be held with the parties on December 15, 2008, at 2:30 p.m. The procedures under which the settlement conference will be conducted are being provided to the parties with a copy of this order;

---

*This order amends the Order of the Court dated August 25, 2008, solely to reflect the correct date of September 8, 2008, at page 2, paragraph 8. The remaining text of the order is unchanged.

-2-

4. any dispositive motion shall be served and filed on or before December 28, 2008;

5. the response to any dispositive motion shall be served and filed on or before January 26, 2009;

6. the reply to any dispositive motion shall be served and filed on or before February 6, 2009;

7. if no dispositive motion is made, the parties' joint pretrial order shall be submitted to the Court on or before January 20, 2009; and

8. the plaintiff shall, on or before September 8, 2008, make a motion to amend his complaint or file an amended complaint on consent of the defendants.

Dated: New York, New York
       August 26, 2008

Copies mailed to:

Angel L. Lahoz
Marie Condoluci, Esq.

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE