UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

ANGEL L. LAHOZ,

                Plaintiff,

  - against -

ORANGE COUNTY JAIL, ET AL.,

                Defendants.

------------------------------------------X

08 Civ. 4364 (RWS)

O R D E R

**Sweet, D.J.,**

        Defendants' motion for reconsideration will be heard on submission, without oral argument, on July 8, 2009. All motion papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

**New York, NY**
**June 17, 2009**

                                      ROBERT W. SWEET
                                          U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/09